THE DIANA. HANSEN v. EMERY et al. (Circuit Court of Appeals, Second Circuit. March 15, 1912.) Nos. 158, 159. Appeals from the District Court of the United States for the Eastern District of New York. Haight, Sandford & Smith (Charles S. Haight, of counsel), for appellant. Burlingham, Montgomery & Beecher (Charles C. Burlingham, Chauncey I. Clark, and Robinson Leech, of counsel), for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. These causes come here upon appeal from decrees of the District Court, Eastern District of New York, entered in cross-actions brought to recover damages arising out of a collision between the steamship Diana and the bark Boylston. The District Court held the Diana solely in fault for the collision. The opinion of Judge Chatfield will be found in 181 Fed. 263. A majority of this court are of the opinion that the decrees should be affirmed—that in the first cause with interest, and with a single bill of costs, in both causes—upon the opinion of the District Judge.

---

GRIEB v. EQUITABLE LIFE ASSUR. SOCIETY OF THE UNITED STATES. (Circuit Court of Appeals, Third Circuit. April 16, 1912.) No. 1,579. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Preston K. Erdman (Henry Preston Erdman, on the brief), for appellant. George D. Hay (Thomas De Witt Cuyler, on the brief), for appellee. Before GRAY and BUFFINGTON, Circuit Judges, and YOUNG, District Judge.

YOUNG, District Judge. This is a bill for reformation of a policy of insurance, for discovery, and an accounting. This case is so thoroughly and correctly decided by the learned judge of the court below, whose opinion is to be found in Grieb v. Equitable Life Assur. Society, 189 Fed. 498, that it would be labor wasted to attempt to add anything to the opinion filed in the case. The decree of the Circuit Court is therefore affirmed.

---

HENDERSON v. CREELMAN et al. (Circuit Court of Appeals, Fifth Circuit. February 6, 1912. On Petition for Rehearing, April 13, 1912.) No. 2,289. Appeal from the Circuit Court of the United States, for the Middle District of Alabama. Robert L. Harmon, for appellant. Thomas W. Martin, Fred S. Bell, Philip H. Stern, and William L. Martin, for appellees. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The judges differing in opinion as to the proper decision of this case, the decree of the Circuit Court is affirmed.

On Petition for Rehearing.

This cause having been considered on the petition for a rehearing, and one of the two judges sitting in the case not desiring nor consenting to a rehearing, it follows that the petition for a rehearing is denied. See our rule 29 (150 Fed. lxx, 79 C. C. A. lxx).